PILLSBURY WINTHROP SHAW PITTMAN LLP
CRAIG A. BARBAROSH (State Bar No. 160224)
craig.barbarosh@pillsburylaw.com
MARK D. HOULE (State Bar No. 194861)
mark.houle@pillsburylaw.com
DAVID TABIBIAN (State Bar No. 251719)
david.tabibian@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Creditor,
Pacific Bell Telephone Company d/b/a AT&T California

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| | |
|---|---|
| In re:<br><br>CONNECT TO COMMUNICATIONS,<br><br>Debtor. | Case No. 2:09-bk-43560 VZ<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF DAVID J. EGAN IN SUPPORT OF AT&T'S: (1) APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE, AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362, OR, IN THE ALTERNATIVE, FOR ADEQUATE ASSURANCE OF PAYMENT UNDER 11 U.S.C. § 366**<br><br><u>Application Hearing</u><br>DATE:     To Be Determined<br>TIME:     To Be Determined<br>PLACE:   Courtroom 1368<br>                Roybal Federal Building<br>                255 E. Temple Street<br>                Los Angeles, CA 90012 |

601071620v1                                - 1 -                        SUPPLEMENTAL DECLARATION OF DAVID J. EGAN
                                                                                          CASE NO.: 2:09-bk-43560 VZ

1    I, DAVID J. EGAN, declare:

2    1.    I am employed as a Lead Credit Analyst by AT&T Services, Inc., an agent for PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA ("AT&T"), a creditor in the above-entitled action. I have personal knowledge of the facts set forth in this declaration, and would competently testify thereto if called upon to do so.

2.    As part of my duties as Lead Credit Analyst, I am responsible for supervising, monitoring and reviewing the accounts, books and records of debtor CONNECT TO COMMUNICATIONS ("Debtor"). These books and records are kept in the normal course of AT&T's business, and it is within AT&T's regular business practices to keep such books and records.

3.    I have reviewed AT&T's books and records relating to Debtor's accounts. That review shows:

   a.    On or about May 11, 2006, AT&T and Debtor entered into that certain Interconnection and/or Resale Agreement (the "IR Agreement"), attached hereto and incorporated herein as Exhibit "A". Pursuant to the IR Agreement, Debtor receives wholesale telecommunication services from AT&T at an estimated cost of about $27,000 per month.

   b.    On or about May 15, 2006, AT&T and Debtor entered into that certain Commercial Agreement (the "Commercial Agreement"), attached hereto and incorporated herein as Exhibit "B". Pursuant to the Commercial Agreement, Debtor receives wholesale telecommunication services from AT&T at an estimated cost of about $94,000 per month. The IR Agreement and the Commercial Agreement are collectively referred to herein as the "Agreements".

   c.    Pursuant to the Agreements, Debtor receives wholesale telecommunication services from AT&T under twenty-two (22) different accounts for which AT&T issues invoices to Debtor for payment on a monthly basis.

      d.    Over the course of the business relationship between the parties, Debtor has had a history of consistently missing and delaying payments for services received under the Agreements. As of January 22, 2010, Debtor owes a total of $626,230.92 in prorated past due amounts to AT&T. A summary spreadsheet of prorated past due amounts with the underlying invoices are attached hereto and incorporated herein as Exhibit "C".

      e.    Even after the Debtor filed its petition on November 30, 2009, Debtor has still continued to use AT&T services and has ran up bills totaling $105,932.53 for prorated post-petition amounts that are now past due. *See* Exhibit C.

      f.    Given that Debtor's monthly invoices for use of AT&T's services are approximately $121,000, AT&T is damaged each day in the amount of approximately $4,000 due to Debtor's failure to make post-petition payments or to provide AT&T with adequate assurance of future payment. Debtor has only made payments in the amount of $4,092.47 to AT&T since the petition date of November 30, 2009. A post-petition payment history is attached hereto and incorporated herein as Exhibit "D".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 22, 2010 in Milwaukee, Wisconsin.

_____
DAVID J. EGAN