PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@*usdoj.gov*

FILED & ENTERED

JAN 25 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**CONNECT TO COMMUNICATIONS**<br><br>Debtor. | Case No.: 02:09-bk-43560 VZ<br><br>Chapter 11<br><br>ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7<br><br>Date: January 21, 2010<br>Time: 9:30 a.m.<br>Ctrm: 1368 |

The United States Trustee's Motion heard on the date and time indicated above with appearances noted on the record. The Court having considered the Debtor's record in this case, for the reasons set forth on the record, it is hereby **ORDERED THAT** the Motion is granted, and the case is converted to chapter 7.

###

*[signature: Vincent P. Zurzolo]*

DATED: January 25, 2010

United States Bankruptcy Judge

1

| In re: | CONNECT TO COMMUNICATIONS. | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-43560 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF any hyperlink to the document. On_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.     SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

⊠     Service information continued on attached page

**III.     SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on     January 21, 2010          I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

The Honorable Vincent P. Zurzolo
255 E. Temple Street, courtroom 1368
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 21, 2010 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9021-1.1**

| In re: | CONNECT TO COMMUNICATIONS. | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-43560 VZ |

## ADDITIONAL SERVICE INFORMATION

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")
**NONE**

## SERVICE BY MAIL
Connect to Communications
555 Riverdale Dr. Ste. A
Glendale, Ca 91204

Attorney for Debtor
Yeznik Kazandijian
Law Offices of Yeznik Kazandjian
221 E. Glenoak Blvd, Suite 225
Glendale, CA 91207

Other Interested Parties
Andrew C. Jhun, Esq.
Tuchman & Associates
6080 West Pico Blvd.
Los Angeles, Ca 90035

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

3

| In re: | CONNECT TO COMMUNICATIONS. | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-bk-43560 VZ |

**NOTE TO USERS OF THIS FORM**:
**1)**     Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**     The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**     **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**     **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)*: ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**     **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 21, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

⊠      Service information continued on attached page

**II.**     **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

⊠      Service information continued on attached page

**III.**     **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                   **F 9021-1.1**

| In re: CONNECT TO COMMUNICATIONS. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-bk-43560 VZ |

**ADDITIONAL SERVICE INFORMATION**
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
dare.law@usdoj.gov
mgoldberg@glassgoldberg.com – attorney for National City Commercial Capital Company, LLC
david.tabibian@pillsburylaw.com – attorney for Pacific Bell Telephone Company d/b/a AT&T California
lkinney@dfflaw.com – attorney for Wells Fargo Bank


**II.  SERVICE BY MAIL**
Connect to Communications
555 Riverdale Dr. Ste. A
Glendale, Ca 91204

Attorney for Debtor
Yeznik Kazandijian
Law Offices of  Yeznik Kazandjian
221 E. Glenoak Blvd, Suite 225
Glendale, CA  91207

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9021-1.1**