# EXHIBIT 2

**CONVERTED, PlnDue, DsclsDue, Incomplete**

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:09-bk-43560-VZ

*Assigned to:* Vincent P. Zurzolo
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date filed:* 11/30/2009
*Date converted:* 01/25/2010

| | |
|---|---|
| *Debtor*<br>**Connect to Communications**<br>555 Riverdale Dr. Ste. A<br>Glendale, Ca 91204<br>Tax ID / EIN: 56-2460926 | represented by **Connect to Communications**<br>PRO SE |
| *Trustee*<br>**Howard M Ehrenberg**<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>(213)626-2311 | represented by **Howard M Ehrenberg**<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>(213)626-2311<br>Email: ehrenbergtrustee@sulmeyerlaw.com |
| *U.S. Trustee*<br>**United States Trustee (LA)**<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | represented by **Dare Law**<br>725 S Figueroa St 26th Fl<br>Los Angeles, CA 90017<br>213-894-4925<br>Fax : 213-894-2603<br>Email: dare.law@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| | | Chapter 11 Voluntary Petition. Receipt Number 0, Fee Amount $1039 Filed by Connect to Communications Chapter 11 Plan due by 3/30/2010. Disclosure Statement due by 3/30/2010. Schedule A due 12/15/2009. Schedule B due 12/15/2009. Schedule C due 12/15/2009. Schedule D due 12/15/2009. Schedule E due 12/15/2009. Schedule F due 12/15/2009. Schedule G due 12/15/2009. Schedule H due 12/15/2009. Statement of Financial Affairs due 12/15/2009. List of Equity Security Holders due 12/15/2009.Statement of Related Case due 12/15/2009. Notice of available chapters due 12/15/2009. Verification of creditor matrix |

| | | |
|---|---|---|
| 11/30/2009 | 1 | due 12/15/2009. Corporate resolution authorizing filing of petitions due 12/15/2009. Exhibit A due 12/15/2009. Summary of schedules due 12/15/2009. Declaration concerning debtors schedules due 12/15/2009. Venue Disclosure Form due 12/15/2009. Corporate Ownership Statement due by 12/15/2009. Incomplete Filings due by 12/15/2009. (Goins, Terry) CORRECTION: Deficient for Tax ID due 12/15/2009, Exhibit C due 12/15/2009, Disclosure of Compensation of Attorney for Debtor due 12/15/2009, Incomplete Filings due 12/15/2009. Modified on 12/2/2009 (Seneviratne, Johann). (Entered: 11/30/2009) |
| 11/30/2009 | | Receipt of Chapter 11 Filing Fee - $1039.00 by 93. Receipt Number 20070868. (admin) (Entered: 12/01/2009) |
| 12/02/2009 | 2 | Case Commencement Deficiency Notice to include Tax ID due 12/15/2009, Exhibit C due 12/15/2009, Disclosure of Compensation of Attorney for Debtor due 12/15/2009, Incomplete Filings due 12/15/2009.(BNC) (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Connect to Communications) (Seneviratne, Johann) (Entered: 12/02/2009) |
| 12/02/2009 | 3 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Connect to Communications) No. of Notices: 2. Service Date 12/02/2009. (Admin.) (Entered: 12/02/2009) |
| 12/02/2009 | 4 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Connect to Communications) No. of Notices: 2. Service Date 12/02/2009. (Admin.) (Entered: 12/02/2009) |
| 12/04/2009 | 5 | BNC Certificate of Notice (RE: related document(s) 2 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Service Date 12/04/2009. (Admin.) (Entered: 12/04/2009) |
| 12/07/2009 | 6 | Meeting of Creditors 341(a) meeting to be held on 1/4/2010 at 11:00 AM at RM 2610, 725 S Figueroa St., Los Angeles, CA 90017. (Ly, Lynn) (Entered: 12/07/2009) |
| 12/09/2009 | 7 | BNC Certificate of Notice (RE: related document(s) 6 Meeting of Creditors Chapter 11 & 12) No. of Notices: 8. Service Date 12/09/2009. (Admin.) (Entered: 12/09/2009) |
| 12/16/2009 | 8 | Statement of Corporate Ownership filed. Filed by Debtor Connect to Communications (RE: related document(s) 1 Voluntary Petition (Chapter 11)). (Serrano, Vera) (Entered: 12/18/2009) |

| | | |
|---|---|---|
| 12/16/2009 | 11 | Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule B, Declaration concerning debtor's schedules , Statement of Financial Affairs , Statement of related cases , Disclosure of Compensation of Attorney for Debtor , Declaration of attorney's limited scope of appearance , Verification of creditor matrix , Matrix (Mailing List) Filed by Debtor Connect to Communications (RE: related document(s) 1 Voluntary Petition (Chapter 11)). (Serrano, Vera) (Entered: 12/18/2009) |
| 12/18/2009 | 9 | Order (1) Requiring debtor-in-possession to file report on status of reorganization case; (2) Setting hearing on status of reorganization case; and (3) Establishing procedure for requesting approval of disclosure statement and confirmation of plan (Related Doc # 1 ) Signed on 12/18/2009 (Kaaumoana, William) (Entered: 12/18/2009) |
| 12/18/2009 | | Hearing Set Status conference to be held on 1/21/2010 at 09:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo Re: 7 (Kaaumoana, William) (Entered: 12/18/2009) |
| 12/18/2009 | 10 | Notice of order req. filing of stat report and appear at stat conf or case will be dism or conv for failure to comp (BNC) (Kaaumoana, William) (Entered: 12/18/2009) |
| 12/20/2009 | 12 | BNC Certificate of Notice (RE: related document(s) 10 Notice of order req. filing of stat report and appear at stat conf or case will be dism or conv for failure to comp (BNC)) No. of Notices: 11. Service Date 12/20/2009. (Admin.) (Entered: 12/20/2009) |
| 12/20/2009 | 13 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 9 Order (Generic)) No. of Notices: 3. Service Date 12/20/2009. (Admin.) (Entered: 12/20/2009) |
| 12/23/2009 | 14 | U.S. Trustee Motion to dismiss or convert Filed by U.S. Trustee United States Trustee (LA). (Clementson, Russell) (Entered: 12/23/2009) |
| 12/28/2009 | | Hearing Set (RE: related document(s) 14 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)) The Hearing date is set for 1/28/2010 at 09:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 12/28/2009) |
| 12/28/2009 | 15 | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (RE: related document(s) 14 ). (Johnson, Tina R.) (Entered: 12/28/2009) |

| | | |
|---|---|---|
| 12/30/2009 | 16 | BNC Certificate of Notice (RE: related document(s) 15 Notice of UST's motion to dismiss or convert case - Ch 11 to 7 (BNC)) No. of Notices: 10. Service Date 12/30/2009. (Admin.) (Entered: 12/30/2009) |
| 01/07/2010 | 17 | Notice of Appearance and Request for Notice by Dennis F Fabozzi Filed by Creditor Wells Fargo Bank. (Fabozzi, Dennis) (Entered: 01/07/2010) |
| 01/11/2010 | 19 | Notice to pay court costs . Amount Due $0.00 Paid By: Debtor in Possession, (Vandensteen, Nancy) (Entered: 01/12/2010) |
| 01/12/2010 | 18 | Proof of service *related to Claim #1 filed by Wells Fargo Bank* Filed by Creditor Wells Fargo Bank. (Fabozzi, Dennis) (Entered: 01/12/2010) |
| 01/14/2010 | 20 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marshall F Goldberg on behalf of National City Commercial Capital Company, LLC. (Goldberg, Marshall) (Entered: 01/14/2010) |
| 01/14/2010 | 22 | Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule B , Schedule D , Schedule E , Schedule F , Schedule G , Statement of Financial Affairs , Matrix (Mailing List) (AMENDED NO FEES PAID) Filed by Debtor Connect to Communications . (Serrano, Vera) (Entered: 01/21/2010) |
| 01/21/2010 | 21 | Request for special notice *and for inclusion on Master Mailing List* Filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California. (Tabibian, David) (Entered: 01/21/2010) |
| 01/22/2010 | 23 | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Interconnection and/or Resale Agreement and Commercial Agreement for Wholesale Telecommunication Services . Fee Amount $150, Filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California (Attachments: # 1 Memorandum of Points & Authorities in Support of Motion for Relief from Stay# 2 Supplemental Decl of D. Egan in Support of Motion for Relief from Stay# 3 Exhibit Ex. A (part 1) to Supplemental Decl of D. Egan# 4 Exhibit Ex. A (part 2) to Supplemental Decl of D. Egan# 5 Exhibit Ex. B to Supplemental Decl of D. Egan# 6 Exhibit Ex. C (part 1) to Supplemental Decl of D. Egan# 7 Exhibit Ex, C (part 2) to Supplemental Decl of D. Egan# 8 Exhibit Ex. D to Supplemental Decl of D. Egan) (Houle, Mark) (Entered: 01/22/2010) |
| | | Receipt of Motion for Relief from Stay - Personal Property(2:09- |

| | | |
|---|---|---|
| 01/22/2010 | | bk-43560-VZ) [motion,nmpp] ( 150.00) Filing Fee. Receipt number 12484971. Fee amount 150.00. (U.S. Treasury) (Entered: 01/22/2010) |
| 01/22/2010 | 24 | Application shortening time *for Order Setting Hearing on Motion for Relief from Automatic Stay* Filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California (Houle, Mark) (Entered: 01/22/2010) |
| 01/25/2010 | 25 | Order Granting United States Trustee's Motion to Convert case to Chapter 7. Signed on 1/25/2010. (Kaaumoana, William) (Entered: 01/25/2010) |
| 01/25/2010 | 26 | Notice of Appearance and Request for Notice by Clifford P Jung Filed by Creditor East West Bank. (Jung, Clifford) (Entered: 01/25/2010) |
| 01/26/2010 | 27 | Meeting of Creditors 341(a) meeting to be held on 3/12/2010 at 10:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Proofs of Claims due by 6/10/2010. Government Proof of Claim due by 7/26/2010. (Caldway, Valecia) (Entered: 01/26/2010) |
| 01/26/2010 | 28 | Notice of appointment and acceptance of trustee Filed by Trustee Howard M Ehrenberg. (Ehrenberg, Howard) (Entered: 01/26/2010) |
| 01/26/2010 | 29 | Notice *Amended Notice of Motion for Relief from the Automatic Stay* Filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California (RE: related document(s) 23 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Interconnection and/or Resale Agreement and Commercial Agreement for Wholesale Telecommunication Services . Fee Amount $150, Filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California). (Attachments: # 1 Certificate of Service) (Houle, Mark) (Entered: 01/26/2010) |
| 01/27/2010 | | Hearing Set (RE: related document(s) 23 Motion for Relief from Stay - Personal Property filed by Creditor Pacific Bell Telephone Company d/b/a AT&T California) The Hearing date is set for 2/16/2010 at 09:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Smith, Cynthia Joyce) (Entered: 01/27/2010) |
| 01/28/2010 | 30 | Order Denying Application For Order Setting Hearing On Shortened Notice (Related Doc # 24 ) Signed on 1/28/2010 (Smith, Cynthia Joyce) (Entered: 01/28/2010) |

| | | |
|---|---|---|
| 01/28/2010 | 31 | BNC Certificate of Notice (RE: related document(s) 27 Meeting of Creditors Chapter 7 Asset) No. of Notices: 16. Service Date 01/28/2010. (Admin.) (Entered: 01/28/2010) |
| 01/30/2010 | 32 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 30 ORDER shortening time) No. of Notices: 13. Service Date 01/30/2010. (Admin.) (Entered: 01/30/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/31/2010 17:58:11 | | | |
| PACER Login: | mb0261 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:09-bk-43560-VZ Fil or Ent: filed From: 11/2/2009 To: 2/1/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 3 | Cost: | 0.24 |