Howard M. Ehrenberg
Chapter 7 Trustee
333 South Hope Street, 35th Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CONNECT TO COMMUNICATIONS,<br><br>Debtor. | CASE NO. 2:09-bk-43560-VZ<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S DECLARATION IN SUPPORT OF DEBTOR'S MOTION TO DISMISS**<br><br>Date:   March 2, 2010<br>Time:  11:00 a.m.<br>Crtrm.: Courtroom 1368<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; AND ALL PARTIES INTEREST:**

I, Howard M. Ehrenberg declare:

I am the duly appointed and acting interim chapter 7 Trustee for Connect to Communications, Debtor.

I make this declaration based upon my review of the Petition, Schedules and other pleadings filed by the Debtor and other parties in the case; my personal inspection of the Debtor's premises and meeting with its Chief Information Officer, Aram Ter-Martirosyan;

EHRENBERGTRUSTEE\ 616245.1

1 my several conversations with the Debtor's new attorney, Michael J. Burger; and my
2 conversations with counsel for AT&T California.
3     It is my understating and belief that the only reason this case was originally filed
4 was due to the Debtor's inability to pay AT&T, which was caused by the California Public
5 Utilities Commission's running out of money to make payment to phone companies such
6 as the Debtor which service low income individuals in California.
7     It is my understanding and belief that although the Debtor's Schedules show
8 numerous creditors, the Debtor was not in default to its other creditors, including its
9 landlord, and secured lenders.
10     It is my opinion that the bankruptcy estate as a whole would not benefit either from
11 being liquidated in chapter 7, nor by being converted back to chapter 11 under the
12 auspecis of a trustee.
13     Rather, I believe that this Debtor can best resolve its affairs by quickly dismissing
14 this bankruptcy case.
15     I have personally spoken with counsel for AT&T California and confirmed that it
16 does not oppose the Debtor's motion to dismiss.
17     For all of the reasons stated above, I support the Debtor's motion to dismiss within
18 the bankruptcy case.

19 DATED: February 22, 2010    Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
Howard M. Ehrenberg
Chapter 7 Trustee for Connect to
Communications

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| In re: | CHAPTER: 7 |
|---|---|
| CONNECT TO COMMUNICATIONS | |
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **CHAPTER 7 TRUSTEE'S DECLARATION IN SUPPORT OF DEBTOR'S MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Michael Jay Berger   michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com

- Howard M Ehrenberg   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com

- Dennis F Fabozzi   lkinney@dfflaw.com

- Marshall F Goldberg   mgoldberg@glassgoldberg.com

- Mark D Houle   mark.houle@pillsburylaw.com

- Clifford P Jung   clifford@jyllp.com, info@jyllp.com

- Raffi Khatchadourian   raffi@hemar-rousso.com

- Dare Law   dare.law@usdoj.gov

- David Tabibian   david.tabibian@pillsburylaw.com

☐ Service Information continued on attached page.

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: | CHAPTER: 7 |
|---|---|
| CONNECT TO COMMUNICATIONS | |
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on February 22, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2010 | Maria R. Viramontes | /s/ Maria R. Viramontes |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9013-3.1**