MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtor,
Connect to Communications

**FILED & ENTERED**

**MAR 12 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CONNECT TO COMMUNICATIONS,<br><br>   Debtor. | CASE NO.:  2:09-bk-43560-VZ<br><br>Chapter 7 (Previous Chapter 11)<br><br>**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date: March 2, 2010<br>Time: 11:00 a.m.<br>Location: Courtroom 1368<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the Motion of Debtor, Connect To Communications ("Debtor"), debtor and debtor-in-possession herein, for an order Dismissing the Bankruptcy Case (the "Motion"), came on for hearing on March 2, 2010 at 11:00 a.m. in Courtroom 1368 of the above-captioned Court, located at 255 E. Temple Street, Los Angeles, California 90012.  No

1
ORDER DISMISSING BANKRUPTCY CASE

1 opposition to the Motion was filed.  The Court, having considered the Motion, waived

2 appearances of counsel and granted the Motion.

3     Based upon the foregoing, **IT IS ORDERED** that the Motion is granted.

####

DATED: March 12, 2010

_____
United States Bankruptcy Judge

2
ORDER DISMISSING BANKRUPTCY CASE

| In re: CONNECT TO COMMUNICATIONS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

The foregoing document described "**ORDER DISMISSING BANKRUPTCY CASE**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___March 10, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

Office of the US Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Howard Ehrenberg
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2010 | Cristina Frankian | /s/ Cristina Frankian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                     **F 9013-3.1**

3
ORDER DISMISSING BANKRUPTCY CASE

| In re: CONNECT TO COMMUNICATIONS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-43560-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **"ORDER GRANTING MOTION TO DISMISS BANKRUTPCY CASE"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 9, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                         **F 9021-1.1**

## SERVICE LIST FOR NOTICE OF ENTRY OF ORDER

| **Served Electronically**<br>**Section I** | **Served by U.S. Mail**<br>**Section II** |
|---|---|
| Office of the United States Trustee<br>United States Trustee (LA)<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov<br>dare.law@usdoj.gov<br><br>Attorney for Debtor<br>Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2929<br>michael.berger@bankruptcypower.com<br>cristina.frankian@bankruptcypower.com<br><br>Howard M. Ehrenberg<br>ehrenbergtrustee@sulmeyerlaw.com<br>ca25@ecfcbis.com<br>hmehrenberg@ecf.epiqsystems.com<br><br>Dennis F Fabozzi<br>lkinney@dfflaw.com<br><br>Marshall F Goldberg<br>mgoldberg@glassgoldberg.com<br><br>Mark D Houle<br>mark.houle@pillsburylaw.com<br><br>Clifford P Jung<br>clifford@jyllp.com<br><br>Raffi Khatchadourian<br>raffi@hemar-rousso.com<br><br>David Tabibian<br>david.tabibian@pillsburylaw.com | **Debtor**<br>Connect To Communications<br>555 Riverdale Drive, Suite A<br>Glendale, CA 91204 |

**Served by U.S. Mail**
**Section III**

| | |
|---|---|
| Landmark Financial Corp.<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 | Wilshire State Bank<br>3200 Wilshire Blvd.<br>Los Angeles, CA 90010 |
| Wells Fargo Bank<br>William Schapiro<br>Credit Management Group<br>730 2nd Avenue South, Suite 500<br>Minneapolis, MN 55402-2447 | Pacific Bell Telephone Company<br>AT&T Services Legal Department<br>525 Market Street, Room 2018<br>San Francisco, CA 94105-2708<br><br>12016 Collections Center Drive<br>Chicago, IL 60693-0120 |
| AT&T<br>722 N. Broadway, Floor 11<br>Milwaukee, WI 53202-4303 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| National City Commercial Capital Company, LLC<br>c/o Marshall F. Goldberg<br>Steven R. Glass<br>Glass & Goldberg<br>21700 Oxnard Street, Suite 430<br>Woodland Hills, CA 91367-3606 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| East West Bank<br>135 N. Los Robles Avenue, 7th Floor<br>Pasadena, CA 91101-4525 | Los Angeles County Tax Collector<br>225 N. Hill Street<br>Los Angeles, CA 90012 |
| East West Bank<br>9300 Flair Drive, 6th Floor<br>El Monte, CA 91731 | Yoran Levy<br>PO Box 260313<br>Encino, CA 91426 |