# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**  
Connect to Communications

**BANKRUPTCY NO.** 2:09−bk−43560−VZ

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A  
**Employer Tax−Identification (EIN) No(s).(if any):** 56−2460926  
**Debtor Dismissal Date:** 3/12/10

**Address:**  
555 Riverdale Dr. Ste. A  
Glendale, CA 91204

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: March 12, 2010

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24 **52 / WCK**