| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JENNIFER WITHERELL CRASTZ/ BAR NO. 185487<br>IRWIN M. WITTLIN/BAR NO. 126559<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA  91436<br>Telephone:  (818)501-3800   Facsimile:  (818)501-2985<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**AUG 20 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<span style="color:red">**CHANGES MADE BY COURT**</span>

| In re:<br><br>CONNECT TO COMMUNICATIONS<br><br><br><br>                                                                            Debtor(s). | CHAPTER:  7<br>CASE NO.:  2:09-bk-43560-VZ |
|---|---|
| | DATE:   March 2, 2010<br>TIME:    9:30 A.M.<br>CTRM:   1368<br>FLOOR: |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Personal Property)**
**(MOVANT:     LANDMARK FINANCIAL CORPORATION    )**

1. The Motion was:    ☒ Contested         ☐ Uncontested         ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

       *Vehicle Identification Number:*
       *Location of vehicle (if known):*

   ☒ Equipment *(describe manufacturer, type, and characteristics)*:

       *Serial numbers(s):*     Please see attached Exhibit "1"
       *Location (if known):*   AT&T Central Office, 124 S. Orange St., 2nd Fl., Glendale, CA 91204

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☒ See Exhibit "1" attached to this Order.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit_____ to this Order.

*(This Order is continued on next page)*

---

Order on Motion for Relief from Stay (Personal Property) – Page 5 of 5    **F 4001-10.PP**

| In re:<br>CONNECT TO COMMUNICATIONS<br>Debtor(s). | CHAPTER    7<br>CASE NUMBER   2:09-bk-43560-VZ |
|---|---|

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not repossess the Property before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
   d. ☐ See attached continuation page for additional provisions.

**####**

DATED: August 20, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 6 of 5    **F 4001-10.PP**

| In re:<br>CONNECT TO COMMUNICATIONS<br>Debtor(s). | CHAPTER   7<br>CASE NUMBER   2:09-bk-43560-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described **Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Personal Property)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Debtor's Attorney:**
Michael J. Berger
Attorney at Law
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA  90212-2929

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2010 | Denise O. Pauff | /s/ *Denise O. Pauff* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 7 of 5    **F 4001-10.PP**

| In re:<br>CONNECT TO COMMUNICATIONS<br>Debtor(s). | CHAPTER   7<br>CASE NUMBER   2:09-bk-43560-VZ |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Personal Property)**   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  **August 19, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**Debtor's Attorney:** Michael J. Berger  michael.berger@bankruptcypower.com
**Chapter 7 Trustee:**  Howard M. Ehrenberg  ehrenbergtrustee@sulmeyerlaw.com
**U.S. Trustee:**  ustpregion16.la.ecf@usdoj.gov
**Attorneys for U.S. Trustee:**  Dare Law  dare.law@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| **Debtor:** | **Attorneys for Landmark Financial:** |
|---|---|
| Connect to Communications | Jennifer Witherell Crastz |
| 555 Riverdale Drive Suite A | Hemar, Rousso & Heald, LLP |
| Glendale, CA  91204 | 15910 Ventura Blvd., 12th Floor |
|  | Encino, CA  91436 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 8 of 5    **F 4001-10.PP**

| | |
|---|---|
| In re:<br>CONNECT TO COMMUNICATIONS<br>Debtor(s). | CHAPTER   7<br>CASE NUMBER   2:09-bk-43560-VZ |

## EXHIBIT "1"

### List of Equipment

5 - MALC - Chassis 23, 5 - BT Redundant Pair Uplink Cards, 5 - MALC - MTAC Ring Generations Card, 9,980 - MALC-ADSL Line Cards, 95 - MALC Cable Management Tray, 380 - MALC Cable 50 - pin Connector, 250 - MALC Copper Interface, 40 - MALC Bland Endpanel, 4000 - MALC Software options, 8000 - IP Voice Software Feature

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   **F 4001-10.PP**